# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-3182
_____

PABLO JERMARIS JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.


November 6, 2025

PER CURIAM.

AFFIRMED.

BILBREY, KELSEY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Pablo Jermaris Johnson, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.